UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO J. VALENCIA VILLAGOMEZ,

Plaintiff,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 1:26-cv-02958-JLT-FJS

ORDER CONTINUING SCHEDULING CONFERENCE

On May 6, 2026, Plaintiff Antonio J. Valencia Villagomez filed a motion to remand. (ECF No. 5.) Due to the current status of this case, the SCHEDULING CONFERENCE currently set for August 25, 2026, is continued to November 17, 2026, at 11:00 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **August 21, 2026**

UNITED STATES MAGISTRATE JUDGE