UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO J. VALENCIA VILLAGOMEZ,<br>Plaintiff,<br>v.<br>FORD MOTOR COMPANY, a Delaware Corporation<br>Defendant. | Case No. 1:26-cv-02958-JLT-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

Because Plaintiff Antonio J Valencia Villagomez's motion to remand (ECF No. 5) remains pending before the assigned district judge, the SCHEDULING CONFERENCE currently set for November 17, 2026, is continued to January 25, 2027, at 11:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **October 15, 2026**

UNITED STATES MAGISTRATE JUDGE